ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Science Applications International | ) ASBCA No. 63653 |
|   Corporation | ) |
| | ) |
| Under Contract No. M67854-14-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:    Gale R. Monahan, Esq.
    Dentons US LLP
    Dallas, TX

    Steven M. Masiello, Esq.
    Sean D. G. Camacho, Esq.
    Dentons US LLP
    Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
    DCMA Chief Trial Attorney
    Quinn A. Disparte, Esq.
    Amelia R. Lister-Sobotkin, Esq.
    Trial Attorneys
    Defense Contract Management Agency
    Carson, CA

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter a consent judgment.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $21,168,774. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: November 21, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63653, Appeal of Science
Applications International Corporation, rendered in conformance with the Board's
Charter.

        Dated:  November 21, 2024


                            PAULLA K. GATES-LEWIS
                            Recorder, Armed Services
                            Board of Contract Appeals

2